JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-0238JLR |
| Plaintiff, | ) ) | ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE AND |
| v. | ) ) | PRETRIAL MOTIONS DEADLINE |
| DAVID GLENN HARRISON, | ) ) | |
| Defendant. | ) ) | |

THE COURT, having considered the stipulated motion of the parties for a continuance of the trial date and the pretrial motions date, finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

The Court further finds that the period of time from the current trial date of August 22, 2005, until the new trial date of September 26, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

ORDER ON STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
(David Glenn Harrison; CR05-0238JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that trial in this matter is continued until September 26, 2005, and that pretrial motions shall be filed no later than August 25, 2005,

Dated this 15th day of July, 2005.

JAMES L. ROBART
United States District Judge

Presented by:

s/Peter J. Avenia
Attorney for David Glenn Harrison

s/Bruce Miyake
Assistant United States Attorney
*Signature approved per telephone authorization*

ORDER ON STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
(David Glenn Harrison; CR05-0238JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**